IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DIANE BALES, Special Administrator of the Estate of EDWARD FREDENBURG, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>ARBOR MANOR, SSC FREMONT OPERATING COMPANY, LLC., d/b/a ARBOR MANOR,<br><br>    Defendants. | CASE NO. 4:08cv3072<br><br><br><br>DEFENDANTS' MOTION TO DISMISS THE ACTION OR IN THE ALTERNATIVE TO STAY THE ACTION AND COMPEL ARBITRATION |

COME NOW the Defendants, Arbor Manor and SSC Fremont Operating Company, LLC, d/b/a Arbor Manor, pursuant to 9 U.S.C. § 2, et seq. as interpreted by *Kalinski v. Robert W. Baird & Co., Inc.*, 184 F.Supp.2d 944 (D.Neb. 2002)(citing *Barker v. Golf U.S.A., Inc.*, 154 F.3d 788 (8th Cir. 1998)), by and through their attorney, and hereby move this Court to dismiss the Plaintiff's action, based upon the attached Arbitration Agreement between the parties marked as Exhibit A and incorporate herein. Defendants' Brief in Support of the Motion to Dismiss the Action or in the Alternative to Stay the Action and Compel Arbitration is filed contemporaneously with the Motion.

DATED this 11th day of April, 2008.

        ARBOR MANOR, SSC FREMONT
OPERATING COMPANY, LLC, d/b/a ARBOR
MANOR, DEFENDANTS

BY:   s/ Dean J. Sitzmann
       Dean J. Sitzmann, #17224
       WOLFE, SNOWDEN, HURD,
         LUERS & AHL, LLP
       800 Wells Fargo Center
       1248 O Street
       Lincoln, NE 68508-1424
       TEL:  (402) 474-1507
       FAX:  (402) 474-3170
       Email: dsitzmann@wolfesnowden.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, I electronically filed the foregoing **Defendants' Motion to Dismiss the Action or in the alternative to Stay the Action and Compel Arbitration** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Jeffrey P. Welch                  jwelch@johnsonwelch.com
JOHNSON WELCH, P.C.
3628 North 163rd Plaza
Omaha, NE  68116


BY:   s/ Dean J. Sitzmann
       Dean J. Sitzmann, #17224
       WOLFE, SNOWDEN, HURD,
         LUERS & AHL, LLP
       800 Wells Fargo Center
       1248 O Street
       Lincoln, NE 68508-1424
       TEL:  (402) 474-1507
       FAX:  (402) 474-3170
       Email: dsitzmann@wolfesnowden.com