IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANE BALES, Special Administrator of the Estate of EDWARD FREDENBURG, Deceased, | ) ) ) ) | 4:08CV3072 |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| ARBOR MANOR, SSC FREMONT OPERATING COMPANY, LLC, d/b/a ARBOR MANOR, | ) ) ) ) | |
| Defendant(s). | ) | |

Pursuant to the court's memorandum and order entered this date,

JUDGMENT is entered for the defendant(s) and against the plaintiff, providing that the plaintiff's action is dismissed without prejudice to arbitration and subsequent judicial relief if appropriate.

July 3, 2008.                                BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge